Arthur CARTER, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 58, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: November 15, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1306020689 (N)

AFFIRMED.

■

In the MATTER OF the Petition of David J. PANZER for a Writ of Mandamus

No. 413, 2017

Supreme Court of Delaware.

Submitted: October 13, 2017

Decided: November 15, 2017

DISMISSED.

■

Karen GIBSON, Respondent
Below, Appellant,

v.

DEPARTMENT OF SERVICES FOR CHILDREN AND THEIR FAMILIES and Matthew Barnes, and Michelle Barnes, Petitioners Below, Appellees.

No. 604, 2016

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: November 16, 2017

Court Below: Family Court of the State of Delaware, File No. CN15–03033, Petition No. 16–13203, File No. CN15–02126, 16–09–07TN, Petition Nos. 15–07560, 16–27360, File No. CN15–02121, 16–09–06TN, Petition Nos. 15–07539, 16–27619

AFFIRMED.

■

Edward L. RUST, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 152, 2017

Supreme Court of Delaware.

Submitted: November 15, 2017

Decided: November 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1110001725

AFFIRMED.